IN IN THE
FOR

MONICA GAREY

Plaintiff,

v.

SUNTRUST BANK et al.

Defendants.

DECL

B.  **Alston's Relevant Kn**

7.  I met the plain

8.  I met with Ms.

    case.

9.  I advised Mr.

10. Mr. Styles and

    individuals tha

11. We decided to

18. The only discu

concerned a pho

19. During that pho

was there a disc

20. I was involved

she filed her law

21. My involvemen

Cimon Lovess

27. The identity th

26 were draft

involved with.

28. The identity t

format and sty

with Exhibit D

29. In fact, in Judg

I was involved

36. The Honorable

*forma pauperis*

37. However, I did

38. I filed a Motion

any cases after

39. The Hon Judge

altered her First

40. Judge Chasano